# Third District Court of Appeal

## State of Florida

Opinion filed January 29, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1121
Lower Tribunal No. F16-20205
_____

**Jerartis Icon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Jerartis Icon, in proper person.

John Guard, Acting Attorney General and Daniel Colmenares, Assistant Attorney General, for appellee.

Before LOGUE C.J., and SCALES and GORDO, JJ.

GORDO, J.

Jerartis Icon ("Icon") appeals an order denying his motion for correction of jail credit under Florida Rule of Criminal Procedure 3.801. We have jurisdiction. Fla. R. App. P. 9.141(b)(2). To dispose of his claims, Icon argues the trial court was required to include documents from the record in summarily denying his motion to correct jail credit. We reverse the order under review and remand. Upon remand, if the trial court determines the motion is facially sufficient, timely, and that Icon is entitled to relief, it shall grant the motion; if the motion is facially insufficient, the court shall identify the defects and allow Icon an opportunity to amend; if the motion is denied, the court shall attach to the order those portions of the files and records that conclusively demonstrate Icon is not entitled to relief, as required by Rule 3.801(e), which incorporates provisions of Rule 3.850(e), (f), (j), (k), and (n). See Williams v. State, 233 So. 3d 1172, 1173 (Fla. 3d DCA 2017).

Reversed and remanded.